■ In the Matter of DANIEL VEGA, Consecutive No. 48447, for Discharge from Central New York Psychiatric Center Pursuant to Mental Hygiene Law § 10.09, Appellant, v STATE OF NEW YORK et al., Respondents. (Appeal No. 2.) [31 NYS3d 907]—Appeal from an order of the Supreme Court, Oneida County (Joseph E. Fahey, A.J.), entered April 29, 2015 in a proceeding pursuant to Mental Hygiene Law article 10. The order, among other things, denied petitioner's motion to vacate the order continuing his commitment to a secure treatment facility.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Vega v State of New York* ([appeal No. 1] 140 AD3d 1608 [2016]). Present—Centra, J.P., Carni, DeJoseph, Curran and Scudder, JJ.